THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE E. SCARVER, Also Known as "C," Appellant. [60 NYS3d 909]—Motion for reargument denied. Present—Centra, J.P., Carni, Lindley and Winslow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD J. TORTORICE, Appellant. [60 NYS3d 910]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Peradotto, Lindley and DeJoseph, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD J. BUTLER, Also Known as BERNARD FAULKS, Appellant. [60 NYS3d 910]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

In the Matter of LEVEL 3 COMMUNICATIONS, LLC, Appellant, v CHAUTAUQUA COUNTY et al., Respondents. [60 NYS3d 910]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, NeMoyer, Curran and Troutman, JJ.

In the Matter of THE EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. DONALD J. TERWILLIGER, Administrator of the Estate of DONALD R. TERWILLIGER, Deceased, Respondent, v BEAZER EAST, INC., et al., Defendants, and HONEYWELL INTERNATIONAL, INC., Successor in Interest to WILPUTTE COKE OVEN DIVISION OF ALLIED CHEMICAL CORPORATION, Appellant. [60 NYS3d 906]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, NeMoyer and Troutman, JJ.

ERIE INSURANCE EXCHANGE, Appellant, v J.M. PEREIRA & SONS, INC., et al., Respondents. [60 NYS3d 908]—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present—Whalen, P.J., Peradotto, Carni and Lindley, JJ.

CHRISTINE M. MICHAEL, Respondent, v GINA M. WAGNER, Appellant, et al., Defendant. [60 NYS3d 908]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, NeMoyer, Curran and Troutman, JJ.